# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2018

Stephen J. Markman,
Chief Justice

156001

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

LARRY A. SPEET and S'TEL GROUP, LLC,
      Plaintiffs/Counterdefendants-
      Appellants,

v

          SC: 156001
          COA: 330168
          Kent CC: 12-009225-CK

SINTEL, INC.,
      Defendant/Counterplaintiff-
      Appellee.

_____/

      On order of the Court, the application for leave to appeal the May 11, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      WILDER, J., did not participate because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2018



Clerk

p0228